# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

TROY'TAVIOUS SHAQUILLE SCOTT
_____/

**SEALED INDICTMENT**

1:20CR29 AW/GRJ

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about August 4, 2020, in the Northern District of Florida, the defendant,

**TROY'TAVIOUS SHAQUILLE SCOTT,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition in and affecting interstate and foreign commerce, that is:

1.    a.    On or about June 4, 2012, **TROY'TAVIOUS SHAQUILLE SCOTT** was convicted in the State of Florida of Drugs: Possession of Controlled Substance; and

      b.    On or about June 1, 2015, **TROY'TAVIOUS SHAQUILLE SCOTT** was convicted in the State of Florida of Attempt to Commit Burglary of an Unoccupied Dwelling.



FILED USDC FLND GV
OCT 21 '20 PM2:35

2. For each of these crimes, **TROY'TAVIOUS SHAQUILLE SCOTT** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **TROY'TAVIOUS SHAQUILLE SCOTT** did knowingly possess firearms, to wit, an Armscor .38 special caliber revolver, a Boito .410 gauge shotgun, and a Jiminez Arms 9 millimeter pistol, and ammunition, namely, Winchester .38 special caliber, Remington .410 gauge, Winchester .410 gauge, RIO .410 gauge, and PMC 9 millimeter.

4. These firearms and ammunition had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

On or about August 4, 2020, in the Northern District of Florida, the defendant,

**TROY'TAVIOUS SHAQUILLE SCOTT,**

did knowingly possess a firearm, as defined in Title 26, United States Code, Sections 5845(a)(2) and (d), to wit, a Boito .410 gauge shotgun with a barrel of less than 18 inches in length, which firearm was not registered to him in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Chapter 53.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

## CRIMINAL FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**TROY'TAVIOUS SHAQUILLE SCOTT,**

knowingly committed the violations set forth in Counts One and Two of this Indictment, any and all interest that this defendant has in the firearms and ammunition involved in these violations is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 26, United States Code, Section 5872.

A TRUE BILL:

[signature redacted]

10/21/2020
DATE

_for_ [signature]
LAWRENCE KEEFE
United States Attorney

[signature]
CHRISTOPHER M. ELSEY
Assistant United States Attorney

3