# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.                                           **CASE NO. 1:20CR29-AW/GRJ**

**TROY'TAVIOUS SHAQUILLE SCOTT**
_____/

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America respectfully shows unto the Court:

1. An Indictment is pending in this Court against Troy'tavious Scott, in the above styled case, and first appearance as to said defendant is set for November 3, 2020 at 4:00 p.m.

2. The defendant is now confined in the custody of the Sheriff, Alachua County Jail.

3. It is necessary to have said defendant before this Court for first appearance as aforesaid.

WHEREFORE, the United States of America PRAYS that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid institution and take into custody the body of the said defendant and have him before this Court at the time and place above specified for said proceedings and upon completion of said proceedings to return

the defendant to the custody of the official in charge of the said defendant; and also directing the official in charge to deliver the defendant into the custody of any United States Marshal or his duly authorized representative for said proceedings.

This 29th day of October, 2020.

          Respectfully submitted,

          Lawrence Keefe
          United States Attorney

          *s/ Christopher Elsey*
          CHRISTOPHER M. ELSEY
          Assistant United States Attorney
          Florida Bar No. 0062475
          Northern District of Florida
          401 SE First Ave, Suite 211
          Gainesville, FL 32601
          Ph. (352) 378-0996
          Christopher.Elsey@usdoj.gov